FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAY 0 1 2012

D. MARK JONES, CLERK
BY_____
        DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SCOTT R. BISHOP and KELLENE E. BISHOP,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, L.P.; WILSHIRE CREDIT CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DAVID B. BOYCE, PLLC; and DOES 1-10,<br><br>Defendants. | ORDER ADOPTING REPORT & RECOMMENDATION<br><br><br><br>Case No. 2:11-cv-780<br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner on April 16, 2012, recommending that this court: (1) deny Plaintiffs' motion for a hearing; (2) grant Defendants' motion to dismiss; and (3) dismiss Plaintiffs' complaint with prejudice.

The parties were notified of their right to file objections to the Report and

1

Recommendation within fourteen (14) days after receiving it. On April 30, 2012, Plaintiffs filed "Plaintiffs' Objection to Report and Recommendation of Magistrate Judge Paul M. Warner" (Dkt. No. 36).

Having reviewed all relevant materials, including the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and Recommendation, the court agrees with the analysis and conclusion of the magistrate judge. Accordingly, the court ADOPTS the Report and Recommendation and issues the following Order. Plaintiffs' motion for a hearing[1] is DENIED. The Defendants' Motion to Dismiss[2] is GRANTED. Plaintiffs' complaint in this case shall be DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment against Plaintiffs and close this case.

DATED this 1st day of May, 2012.

_____
Dee Benson
United States District Judge

---

[1] See docket no. 30.

[2] See docket nos. 7, 20.